FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

01 JUN 18 AM 10: 45

SIGN _____
by DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONNIE DALE McDANIEL and AMANDA MARTIN McDANIEL** | CIVIL ACTION NO.: 01-487-C-M2 |
| **VERSUS** | JUDGE: |
| **CF INDUSTRIES, INC. AND SPECIALTY RISK SERVICES** | MAGISTRATE JUDGE: |

### NOTICE OF (SECOND) REMOVAL

**NOW INTO COURT,** through undersigned counsel, come CF Industries, Inc. ("CFI"), and Specialty Risk Services ("SRS"), named defendants in that certain proceeding entitled "Ronnie Dale McDaniel and Amanda Martin McDaniel vs. CF Industries, Inc. and Specialty Risk Services, Inc.," bearing proceeding number 67,646 on the docket of the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana.

**1.**

The said CFI and SRS do hereby remove the said proceeding to the United States District Court for the Middle District of Louisiana.

**2.**

A copy of this Notice of Removal shall promptly be filed with Clerk of Court of the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, in conformity with 28 USC 1446(d).

**3.**

Pursuant to 28 USC 1446(a), a copy of all process, pleadings, and orders in the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, is attached hereto as **EXHIBIT A**. The said proceeding number 67,646 in the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, was originally filed on or after July 10, 2000.

### Prior Removal and Remand

**4.**

This matter was previously removed, on or about August 28, 2000, to this Honorable Court. At that time, it was assigned Civil Action Number 00-654-D-M3. The matter was later remanded to the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, by virtue of Magistrate Judge Docia L. Dalby's ruling dated December 20, 2000. A copy of the pleadings and Magistrate Judge Dalby's ruling relating to the prior removal

are attached hereto as **EXHIBIT B**.

5.

This matter was remanded to the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, by Magistrate Judge Dalby, on grounds that removing defendants CFI and SRS did not demonstrate that the amount in controversy exceeded the diversity jurisdictional amount of $75,000.

### Settlement demand in excess of $75,000 received

6.

CFI and SRS have now received an itemization of plaintiffs' damage claim, which is said to amount to $506,610.08. A settlement offer in the amount of $379,957.56 has been received. A copy of the claim itemization and settlement offer is attached hereto as **EXHIBIT C**. The said claim itemization and settlement offer are dated May 22, 2001.

### Grounds for Removal: Diversity Jurisdiction

7.

Plaintiffs allege in their petition, filed in the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, that they are residents of the State of Louisiana. As such, they are citizens of the State of Louisiana.

8.

CFI is a Delaware corporation with its principal place of business in Illinois. CFI is therefore to be considered a citizen of the state of Illinois and/or of the state of Delaware.

9.

SRS is a division of the Hartford Insurance Company, which is incorporated in and has its principal place of business in the state of Connecticut. SRS is therefore to be considered a citizen of the state of Connecticut.

10.

Under the aforesaid circumstances, complete diversity of citizenship exists between the plaintiffs, on the one hand, and the defendants, on the other hand, thus satisfying the diversity requirements of 28 USC 1332.

11.

In light of the claim itemization and settlement offer set forth in plaintiffs' counsel's letter dated May 22, 2001 (EXHIBIT C), it is now apparent that the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.

12.

Accordingly, the requirements for federal jurisdiction based on diversity of citizenship and amount in controversy, as set forth in 28 USC 1332, are completely satisfied.

13.

This matter is removable to this Honorable Court pursuant to the provisions of 28 USC 1441, *et seq*. This Notice of Removal is filed within thirty days of receipt, by removers, of plaintiffs' claim itemization and settlement demand dated May 22, 2001 ("EXHIBIT C"). The said EXHIBIT C constitutes an "other paper" within the meaning of 28 USC 1446(b), second paragraph. Further, this removal is filed less than one year after commencement of the original action in the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, since the original filing therein occurred on or after July 10, 2000.

**Relevant Law**

14.

Failure of an initial attempt at removal does not bar a subsequent removal if grounds for removal jurisdiction appear. *Fritzlen v. Boatmen's Bank*, 29 S. Ct. 366 (1909); *SWS Erectors, Inc. v. Infax, Inc.*, 72 F. 3d 489 (5th Cir. 1996).

Notice of (Second) Removal                                                                                                    Page 5

Case 3:01-cv-00487-CN   Document 1   06/18/01   Page 5 of 8

15.

An un-filed settlement letter from opposing counsel is an "other paper" within the meaning of 28 USC 1446(b)(2d paragraph), and triggers the running of the 30-day removal period set out in 28 USC 1446(b)(2d paragraph). *Addo v. Globe Life and Accident Insurance Company*, 230 F. 3d 759 (5th Cir. 2000); *Stramel v. GE Capital Small Business Finance Corp.*, 955 F. Supp. 65 (E.D. TX 1997).

WHEREFORE, defendants, CFI and SRS, pray that the foregoing Notice of Removal be deemed good and sufficient, and that the above-described lawsuit, now pending in the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, under docket number 67,646, be removed to this Honorable Court.

Respectfully submitted this _15th_ day of June, 2001.

_____
ROBERT E. KERRIGAN, JR. (7350)
CHARLES LECHE (8218)
DEUTSCH, KERRIGAN, & STILES, LLP
755 Magazine Street
New Orleans, Louisiana 70130-3672

-and-

MARK C. DODART (17549)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311

- and -

JOHN W. PERRY JR. (10524)
DANIEL J. BALHOFF (18776)
ATKINSON, PERRY, ATKINSON
    & BALHOFF, L.L.C.
2141 Quail Run Drive
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730

- and -

MICHAEL H. RUBIN (10833)
MICHAEL FERACHI (19566)
McGLINCHEY STAFFORD
Ninth Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000

- and -

MALCOLM J. DUGAS, JR. (05137)
DUGAS, LEBLANC & SOTILE, L.L.C.
406 Houmas Street
Donaldsonville, Louisiana 70346
Telephone: (225) 473-3109

**COUNSEL FOR CF INDUSTRIES, INC.**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on all known counsel of record by First Class United States Mail, properly addressed and postage prepaid, this 15th day of June, 2001.

_____
CHARLES E. LECHE

G:\KINDSCHE\Cel\00602\131\pldngs\MdLa\McDaniels\NotcRemoval.01.wpd