RECEIVED
FEB 2 2 2002
U. S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED FEB 2 5 2002
CLERK'S OFFICE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONNIE DALE MCDANIEL, ET AL          CIVIL ACTION

VERSUS          NO. 01-487-C-M2

CF INDUSTRIES, ET AL

### PLAINTIFF'S SECOND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come plaintiffs, Ronnie Dale McDaniel, and Amanda McDaniel, et al who pursuant to FRCP 15 leave having been granted, respectfully amend the *Plaintiff's First Amended Complaint* to add the insurers of CF Industries as follows:

2.

**DEFENDANT:**

**Made additional Defendants herein are the following:**

### DIRECT ACTION AGAINST INSURER

Plaintiffs bring a direct action against the following insurer, pursuant to LSA - R.S. 22:655 et seq., which allows a direct action within the terms and limits of the respective policies, which liability policies are for the benefit of all injured persons and their survivors or heirs to whom the insureds are liable, making the insurers liable *in solido* to the Plaintiffs. In reasonable reliance on the results of Plaintiffs' investigation, the following is named as an additional defendant, as the insurer(s) of CF Industries as follows:

Illinois National Insurance Company, a foreign insurance company authorized to do and doing business in this state.

    Illinois National Insurance Company issued to the named insured the CF Industries Inc. a general liability insurance policy number BE701 62 22 entitled "Commercial Umbrella Declarations" an occurence policy which policy which became effective

July 1, 1999 to July 1, 2000 and/or during the relevant time period which provided liability coverage applicable to the actions brought by plaintiffs such that the policy was in full force and effect during the time periods described in the Complaint, as amended and supplemented herein for wrongful acts committed or allegedly committed by the insured caused by employees of the named insured.

Normandy Reinsurance Company Limited, a foreign insurance company authorized to do and doing business in this state.

Normandy Reinsurance Company Limited issued to the named insured the CF Industries a general liability insurance policy number BE7016222 entitled "Punative Damages Insurance Policy" an occurence policy which policy which became was effective July 1, 1999-July 1, 2000 and/or during the relevant time period which provided liability coverage applicable to the actions brought by plaintiffs such that the policy was in full force and effect during the time periods described in the Complaint, as amended and supplemented herein for wrongful acts committed or allegedly committed by the insured caused by employees of the named insured.

Starr Excess Liability Insurance Company, Ltd., a foreign insurance company authorized to do and doing business in this state.

Starr Excess Liability Insurance Company, Ltd. issued to the named insured the CF Industries, Inc. a general liability insurance policy number 200854 which is not entitled but asserts the coverage is "To indemnify the Insured for Ultimate Net Loss which the Insured becomes obligated to pay by reason of liability." an occurrence policy which policy which became was effective July 1, 1995 and was endorsed effective annually effective July 1, 1999 and July 1, 2000 and/or during the relevant time period which provided liability coverage applicable to the actions brought by plaintiffs such that the policy was in full force and effect during the time periods described in the Complaint, as amended and supplemented herein for wrongful acts committed or allegedly committed by the insured caused by employees of the named insured.

WHEREFORE, plaintiffs, on behalf of themselves respectfully pray that the newly named Defendant(s) be cited to appear and answer for the wrongs to plaintiffs as described herein, that this action be tried before a jury, that the plaintiffs be properly noticed of all hearings and dates, and that after due proceedings herein that the defendant be cast in judgment unto plaintiffs for damages, cost, interest, and attorney fees as maybe allowed by law or under any theory of law as expressly pled herein or as may be applicable

2

to the facts pled herein or as they may develop and be presented during the trial of this matter.

## THE PRAYER

WHEREFORE plaintiffs pray that Defendants be cited to appear and answer for the wrongs to plaintiffs; that plaintiffs be properly noticed of all hearings and dates; and that, after due proceedings herein, the defendant be cast in judgment unto plaintiffs for damages, cost, interest, and attorney fees as may be allowed by law under any theory of law as expressly pled herein or as may be applicable to the facts pled herein or as they may develop and be presented during the trial of this matter.

Respectfully Submitted:

_____
Charlotte C. McDaniel (26411)
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX 769-1997

3

## CERTIFICATE

I hereby certify that I have caused the below listed counsel of record to be served by U.S. Mail this 22 day of February, 2002.

_____
Charlotte C. McDaniel

Counsel for CF Industries Inc.

Charles E. Leche
Clay McGehee
Deutsch, Kerrigan & Stiles, L.L.P.
775 Magazine Street
New Orleans, La 70130

4